

FILED
APR 1 6 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**PATRICIA A. WEBB,**<br><br>Defendant,<br><br>**THYSSENKRUPP ELEVATOR CORPORATION,**<br><br>Garnishee. | **CR 14-75-BLG-SPW**<br><br><br>**FINAL ORDER IN GARNISHMENT** |

A writ of garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the writ of garnishment, the garnishee filed an answer on or about January 31, 2018, stating that at the time of the service of the writ, garnishee had in garnishee's possession, custody or control personal property belonging to and due defendant, that defendant is employed by the garnishee and earns regular wages from the garnishee.

1

On March 20, 2018, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

On April 16, 2018, Plaintiff filed a request for entry of final order in garnishment. No responsive pleading has been filed.

IT IS THEREFORE ORDERED garnishee shall pay to plaintiff $150.00 per two weeks. These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court. Payments shall be sent to: Clerk of U.S. District Court, 2601 Second Avenue North, Suite 1200, Billings, Montana 59101.

IT IS FURTHER ORDERED that any amounts which the garnishee may be holding pursuant to the writ of garnishment shall immediately be turned over to the United States Attorney at the above address.

DATED this 16th day of April, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge