IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA A. WEBB,<br><br>Defendant. | CR 14-75-BLG-SPW<br><br>ORDER DENYING MOTION<br>FOR EARLY TERMINATION<br>OF PROBATION |

On August 26, 2019, Ms. Webb filed a motion for early termination of her probation. (Doc. 84.) The United States objects to the motion. (Doc. 84 at 1-2.)

In January 2018, U.S. Probation Officer Kade Henderson filed a report on Ms. Webb (Doc. 70) alleging several violations of her probation, including Ms. Webb's failure to make four months of restitution payments and falsely reporting to Officer Henderson that she had. Ms. Webb states that since then, she has consumed alcohol, she has given two diluted urine samples, and she opened a new line of credit without permission in April 2019. (Doc. 85 at 3-4.)

After reviewing Ms. Webb's history while on probation and the factors under 18 U.S.C. § 3553(a), and pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), the Court finds early termination of Ms. Webb's probation would be inappropriate. Accordingly,

IT IS HEREBY ORDERED that the Ms. Webb's motion is DENIED.

The Clerk shall notify the parties and the U.S. Probation Office of this Order.

DATED this 3rd day of September, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge